No. 90–446. BENINTENDI ET UX. *v.* UNION NATIONAL BANK OF LITTLE ROCK ET AL. Ct. App. Okla. Certiorari denied.

No. 90–454. · SEQUOIA BOOKS, INC., DBA DENMARK II *v.* INGEMUNSON, STATE'S ATTORNEY OF KENDALL COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–460. WALLIS ET UX. *v.* JUSTICE OAKS II, LTD., ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–462. SLOAN ET AL. *v.* G & G MANUFACTURING INC. C. A. 6th Cir. Certiorari denied.

No. 90–467. FAHRIG ET UX. *v.* WOLFF, JUDGE, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 90–474. WARD *v.* DAILY REFLECTOR, INC., ET AL. Ct. App. N. C. Certiorari denied.

No. 90–475. FALKNER ET UX. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 90–481. 601 PROPERTIES, INC. *v.* CITY OF DAYTON, OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 90–491. RIVERA CRUZ, SECRETARY OF JUSTICE OF PUERTO RICO *v.* PLAYBOY ENTERPRISES, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 90–533. IN RE KANTOR. C. A. Fed. Cir. Certiorari denied.

No. 90–547. QUANSAH *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–579. WOODS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–5071. SUMMERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.